19-CV-963-JB-MU

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

PRISONER COMPLAINT
[FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Reginald Harrell
Name under which you were convicted

261808
Your prison number

vs. Davis Dennis     CIVIL ACTION NO. _____
                    (To be supplied by Clerk of Court)

Name of Defendant(s)
IN His Individual Capacity

Holman Prison, 3700 Atmore, Ala. 36503
Place of Confinement and Address

### INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes ( )   No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes ( )   No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: _____
   _____

   Defendants: _____
   _____

   2. Court (if federal court, name the district; if state court, name the county): _____
   _____

   3. Docket Number: _____

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes ( )   No ( )

   5. Name of judge to whom the case was assigned: _____

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   _____
   _____
   _____

   7. Approximate date of filing lawsuit: _____

   8. Approximate date of ruling by court: _____

3

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF Alabama

Reginald Harrell
261808   Plaintiff

vs.

Davis Dennis
Defendant

Civil Action _____

42 U.S.C. § 1983

1. Plaintiff's address and Telephone Number
   Holman 3700 Atmore, Ala. 36503
   Telephone Number. Non

2. Name and Address of the Defendant
   Davis Dennis, Alabama Department of
   Correctional

3. Place of alleged violation of Civil Rights
   Holman Correctional Facility

4. Date of alleged violation of Civil Rights
   9-23-2019 at the Time 12:30 P.M.

5. State the facts on which you base your allegation that your constitutional rights have been violated:

On September 23, 2019 at 12:30 p.m the Plaintiff were housed in a segregation cell, Cell L-26 when were suffering from a known serious mental disorder that cause's the Plaintiff to hearing voices, to which the Plaintiff were being asked to set himself on fire while inside the one men segregation cell! The Plaintiff did so set himself on fire inside the cell while hearing the voice's... Officers L.T. Whiley, and S.G. Spancer came to the cell and put the fire out and removed the Plaintiff from the cell, to which the Plaintiff were being taken to Holman Prison's Hospital. While walking to the Holman Prison's Hospital, the Plaintiff were stopped by S.G. Lane, who was asking questions of what was the problem? While the Plaintiff was making it known that he needed to see mental health, another officer by the name Officer Davis started punching the Plaintiff in the back of the head, than got on top of the Plaintiff and

1

started punching the plaintiff in the face area many of times, while other officers were asking the officer to stop, the brutality caused a lot of swelling to the eyes and mouth to which the brutality justify 1983 civil action for violations of the eighth amendment because the brutality was not applied in a good faith effort to maintain or restore discipline, but instead was used to maliciously and sadistically cause harm (See) Hudson v. McMillian, 503 U.S. 1 (1992) held: where a prison official is responsible for unnecessary and wanton infliction of pain, the Eighth Amendment has been violated.

Therefore, the plaintiff moves this court requesting to allow plaintiff's claim of excessive force, where those physical contacts was meant to cause harm, rather than to keep order. Also was done in a way that violates prison policy, where through

the Filing of the Plaintiff's Institutional Grievance Complaint to the Warden for the same. And upon that Grievance Complaint, Institutional Action was taken against the Name Defendant, herein the Plaintiff moves the Court to find, whether the Defendants Actions disregarded a Substantial risk of harm, when Acted with Deliberate indifferent to the Plaintiffs Health And Safety, whereas, The Plaintiffs Physical Injury's to the face, (That was Done with Intent and without any legitimate Penological Purpose while the Plaintiff was Standing at Stand Still), those Injurys Does Interfer Directly against the Plaintiff's Rights to Interact with his 6 Amendment Trial Counsel in his Criminal Case's. Such Justify Compensatory Damages in the Amount of $25,000 And Punitive Damages in the Amount of $25,000 And Emotional Damages in the Amount of $25,000

In This Case The Defendant was Acting under Color of State law And is Responsible for The Violence That was objectively, And sufficiently serious To which The excessive physical force was seen on video, And is Still evidenced on video showing Therein the Cruel And unusual Punishment, To the fact that It Called for Action by The State Prison official's, And Thereto May Call for Civil Constitutional liability.

4

Writ of habeas yes( ) no( )          yes( ) no( )
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

DeFendant Should be liable To PAy To The plaintiff IN A Full Amount $75,000

VI. AFFIRMATION. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

11-5-19
Date

Reginald Harrell
(Signature of Plaintiff Under Penalty of Perjury)

Holman 3700 Atmore, Al. 36503
Current Mailing Address

_____

Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS. E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

7

Reginald Harrell
Ais # 261808 Bed # K-27
Holman 3700
Atmore, Alabama 36503



Legal Mail

United States District Court
Southern District of Alabama

**113 St.** Joseph Street
Mobile, Alabama